## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHARLES CHILDS,

     Petitioner,

  -vs-

DAVE REDNOUR,

     Respondent.                     **No. 11-cv-688-DRH**

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on June 16, 2014 (Doc.44), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DISMISSED with prejudice** as meritless.   The Court further **DENIES** Petitioner a Certificate of Appealability.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

BY:   s/*Caitlin Fischer*
        **Deputy Clerk**

**DATED:** June 17, 2014

Digitally signed by
David R. Herndon
Date: 2014.06.17
12:44:38 -05'00'

**APPROVED:**
       **CHIEF JUDGE**
       **U. S. DISTRICT COURT**